**Order filed December 8, 2017**



In The

# Fourteenth Court of Appeals

———————————

NO. 14-17-00848-CV

———————————

## IN THE MATTER OF THE MARRIAGE OF CONNIE DUE DILICK AND MATTHEW GERARD DILICK

---

**On Appeal from the County Court at Law No 1**
**Galveston County, Texas**
**Trial Court Cause No. 14-FD-2582**

---

## ORDER

This appeal was filed by intervenor Ron Sommers, as Chapter 7 Trustee for Flat Stone, Ltd., Flat Stone II, Ltd., and Alabama & Dunlavy, Ltd. According to a letter addressed to the county clerk and forwarded to this court, Sommers has not made arrangements to pay for the clerk's record because he believes he lacks authority to do so because the Chapter 7 bankruptcy has been dismissed.

This court requires a partial clerk's record in order to determine certain motions pending before the court. Accordingly, the Galveston County Clerk is ordered to prepare, certify, and file a partial clerk's record by **December 18, 2017**, containing the following documents:

| Date Filed | Title |
|---|---|
| 04-10-2015 | Petition in Intervention |
| 04-17-2015 | Petitioner's Answer to Petition in Intervention |
| 04-17-2015 | Respondent's Answer to Petition in Intervention |
| 05-11-2015 | Respondent's First Amended Answer to Petition in Intervention |
| 08-03-2015 | Second Amended Answer to Intervention |
| 04-06-2017 | Intervenors' Notice of Nonsuit |
| 04-07-2017 | Order of Dismissal — Non-Final |
| 07-18-2017 | Order of Payment for Attorney Fees |
| 07-31-2017 | Final Divorce Decree |
| 08-22-2017 | Intervenors' Motion for New Trial |
| 09-21-2017 | Order Denying Intervenors' Motion for New Trial |

If any of the above-listed items is not part of the case file, the county clerk is directed to file a supplemental clerk's record containing a certified statement that the item is not a part of the case file.

The partial clerk's record is due by **December 18, 2017**.

PER CURIAM